IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                          ORDER

         v.
                                                          08-mj-046-slc

JOSE LUIS QUINTERO,

                              Defendant.
_____

On May 22, 2008, this court held a detention hearing.  Defendant Jose Luis Quintero was present with his attorney, Patrick Stangl.  The government was represented by Assistant United States Attorney Rita Rumbelow.

Defendant Jose Luis Quintero waived his right to a probable cause determination. Defendant did not contest detention at this time sighting a potential state probation hold but reserved his right to a substantive hearing in the future.  I have entered a separate order to that effect.  Accordingly, I held Jose Luis Quintero to answer, setting an arraignment for June 5, 2008 at 10:30 a.m., presuming the grand jury will return a true bill.

Entered this 22nd day of May, 2008.

                              BY THE COURT:

                              /s/_____
                              THERESA M. OWENS
                              Magistrate Judge